# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

ALEXANDER PATTERSON IV,    )
       )
    Plaintiff,     )
       )
v.       )    Case No. CV408-120
       )
GENERAL COLIN L. POWELL;    )
GENERAL WILLIAM J. CROWE;    )
GENERAL DAVID E. JEREMIAH;    )
GENERAL CHARLES C.    )
CAMPBELL; GENERAL BRYAN D.    )
BROWN; SGT. DUPREE; JENEVIA    )
JOHNSON, STG1(SW); and STAFF    )
SGT. DIACZENKO;    )
       )
    Defendants.    )

## REPORT AND RECOMMENDATION

Alexander Patterson has filed a *pro se* complaint purportedly seeking compensation for the violation of his civil rights. (Doc. 1.) He also seeks leave to proceed *in forma pauperis*. (Doc. 2.) As it appears that he lacks the resources to pay the $350 filing fee, his motion to proceed *in forma pauperis* is **GRANTED**, but this case should be dismissed.

A case filed *in forma pauperis* must be "dismiss[ed] . . . at any time if the court determines that . . . the action . . . fails to state a claim on which

relief can be granted." 28 U.S.C. § 1915(e)(2)(B)(ii). Patterson's complaint is comprised of twenty-two pages of absolutely incomprehensible gibberish.[1] (Doc. 1.) He alleges no facts whatsoever. Instead, he has filled nearly every page with legal citations and the names of military officers. (Id.) As the Court cannot discern anything resembling a claim for relief anywhere in the complaint, this case should be **DISMISSED** pursuant to § 1915(e)(2)(B)(ii) for failure to state a claim.

   **SO REPORTED AND RECOMMENDED** this 27th day of June, 2008.

_____

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

_____

[1] In the "Statement of Claim" section of his complaint, he states:
   civil rights facts
   General Colin L. Powell - Equal Protection Clause
   General William J. Crowe - Equal Protection Clause
   General David E. Jeremiah
   General Bryan D. Brown
   Sgt. Dupree U.S. Army Recruiter
   Jenevia Johnson STG1(SW) USN recruiter
   Staff Sgt. Diaczenko recruiter
(Doc. 1 at 3.)