IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ALEXANDER PATTERSON IV,

    Plaintiff,

v.

GENERAL COLIN L. POWELL;
GENERAL WILLIAM J. CROWE;
GENERAL DAVID E. JEREMIAH;    CASE NO. CV408-120
GENERAL CHARLES C. CAMPBELL;
GENERAL BRYAN D. BROWN; SGT.
DUPREE; JENEVIA JOHNSON, STG1
(SW); and STAFF SGT.
DIACZENKO,

    Defendants.

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 14th day of July, 2008.

_____
WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA